# MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS AT FALL TERM, 1904.

WINDER v. RAILROAD Co. Pasquotank County. *E. F. Aydlett,* for plaintiff; *Pruden & Pruden,* for defendant. *Per Curiam.* Affirmed.

GERALD v. RAILROAD Co. Beaufort County. *Rodman & Rodman,* for plaintiff; *Small & McLean,* for defendant. *Per Curiam.* Affirmed.

STATE v. MORRIS. Hertford County. *Attorney-General,* for State. *Per Curiam.* No error.

DREWRY v. HARRISON. Halifax County. *Day & Bell,* for plaintiff; *W. E. Daniel,* for defendant. *Per Curiam.* Affirmed.

BROWN v. A. C. L. R. R. Co. Northampton County. *Peebles & Harris,* for plaintiff; *Day & Bell,* for defendant. *Per Curiam.* Affirmed.

GREENVILLE v. FLEMING. Pitt County. *Attorney-General,* for State. *Per Curiam.* Dismissed.

STATE v. SPRUILL. Martin County. *Attorney-General,* for State. *Per Curiam.* No error.

STALLINGS v. TELEGRAPH Co. Martin County. *A. O. Gaylord,* for plaintiff; *H. W. Stubbs* and *F. H. Busbee & Son,* for defendant. *Per Curiam.* Affirmed.

WORSLEY v. CREECH. Edgecombe County. *W. O. Howard,* for plaintiff; *G. M. T. Fountain,* for defendant. *Per Curiam.* Affirmed.

PORTER v. ARMSTRONG. Pender County. *J. D. Bellamy,* for plaintiff; *E. K. Bryan,* for defendant. *Per Curiam.* Petition to rehear dismissed. *Walker, J.,* dissenting.